208 So.2d 325

Glen E. MULLIN and Alfred A. Barnard

v.

Arley SKAINS et al.

No. 49083.

March 25, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted. Limited to assignment of error No. 4.

BARHAM, J., recused.